# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYHA HENSON, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE JOINT CORP., and DOES 1-50,<br><br>        Defendant | Case No. 2:25-cv-3006 DJC CKD<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

Before the Court is the parties' joint motion to extend the time in which Defendant may file its response to the complaint. The parties proffer that they are in settlement discussion and are in the process of scheduling mediation and seek an extension to potentially lead to resolution of this matter. For good cause shown, the GRANTS the motion. Defendant shall have through March 2, 2026, to file its answer or otherwise respond to the complaint.

IT IS SO ORDERED

Dated:  January 30, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT