UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYHA HENSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE JOINT CORP., and DOES 1-50,<br><br>Defendants. | No.  2:25-cv-3006 DJC CKD<br><br>ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION |

This matter came before the Court on the parties' proposed stipulation to modify the briefing schedule on Defendant's motion to compel arbitration. The Court, finding good cause exists to modify the briefing schedule, will GRANT the relief requested in the stipulation.

IT IS THEREFORE ORDERED that Plaintiff's opposition will be filed no later than March 20, 2026, and Defendant's reply no later than April 3, 2026.


Dated:  March 17, 2026

/s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1